



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

v.

**Criminal Action No.
05-MJ-307**

**NANCY BOOTH**

                **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Complaint No. 05-MJ-307, only as against defendant NANCY BOOTH.

The reason(s) for this dismissal are (check one or more):

    \_\_\_ Case transferred to another District

    \_\_\_ Speedy Trial Act

    \_\_\_ Defendant's cooperation

    \_\_\_ Insufficient evidence at this time

    _X_ Other: <u>The defendant was convicted in Oneida County Court by her plea of guilty to the felony of conspiracy, 4th degree. She was sentenced on July 14, 2006 to five years probation. By agreement of the parties, said conviction and sentence is in satisfaction of this federal charge.</u>

With respect to this dismissal, defendant (check one):

_X_  Consents

___  Objects

___  Has not been consulted

This dismissal is without prejudice.

> GLENN T. SUDDABY
> United States Attorney
>
> By: *[signature]*
> Lisa M. Fletcher
> Assistant U.S. Attorney
> Bar Roll No. 510187

Leave of court is granted for the filing of the foregoing dismissal.

Dated: July 25, 2006
Syracuse, New York

*[signature]*
Hon. David E. Peebles
United States Magistrate Judge

2